No. 118. Coalinga-Mohawk Oil Co. *v.* Commissioner of Internal Revenue. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Joseph C. Meyerstein* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key, J. Louis Monarch,* and *Walter L. Barlow* for respondent.

No. 119. McGovern *v.* Hitt et al. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. P. Michael Cook* for petitioner. *Messrs. Walter C. Clephane, J. Wilmer Latimer, Gilbert L. Hall,* and *Clarence A. Miller* for respondents.

No. 120. Kelley et al. *v.* New York City et al. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Martin Conboy* for petitioners. *Messrs. Charles Neave* and *Arthur J. W. Hilly* for respondents.

No. 121. Employers' Liability Assurance Corp., Ltd, *v.* Kerper et al. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Frank H. Myers* for petitioner. *Mr. John P. Bramhall* for respondents.

No. 122. Earlston Coal Co. *v.* Huntington National Bank. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth